UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 7, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOHN ORTIZ, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:15-mj-00191-AC <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release John Ortiz; Case 2:15-mj-00191-AC from custody and for the following reasons:

\_   Release on Personal Recognizance

\_   Bail Posted in the Sum of _____

X   Unsecured Appearance Bond in the amount of $100,000.00; co-signed by Samona Jenkins

\_   Appearance Bond with 10% Deposit

\_   Appearance Bond secured by Real Property

\_   Corporate Surety Bail Bond

X   (Other) **Pretrial Supervision/Conditions; defendant to be released at 9:00 AM on 10/8/2015 to the custody of Pretrial Services.**

Issued at  Sacramento, CA  on _____10/7/2015_____ at ____3:15 PM____.

By _____
Kendall J. Newman
United States Magistrate Judge