**FILED**
October 7, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                   )<br>                    Plaintiff,            )<br>v.                                              )<br>                                                   )<br>JOHN ORTIZ,                             )<br>                                                   )<br>                    Defendant.        ) | CASE NUMBER: 2:15-mj-00191-AC<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>John Ortiz</u>; Case <u>2:15-mj-00191-AC</u> from custody and for the following reasons:

\_\_  Release on Personal Recognizance

\_\_  Bail Posted in the Sum of _____

_X_  Unsecured Appearance Bond in the amount of <u>$100,000.00</u>; co-signed by Samona Jenkins

\_\_  Appearance Bond with 10% Deposit

\_\_  Appearance Bond secured by Real Property

\_\_  Corporate Surety Bail Bond

_X_  (Other) <u>Pretrial Supervision/Conditions; **defendant to be released at 9:00 AM on 10/8/2015 to the custody of Pretrial Services.**</u>

Issued at  <u>Sacramento, CA</u>  on  <u>10/7/2015</u>  at  <u>3:15 PM</u> .

By _____
Kendall J. Newman
United States Magistrate Judge