Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
stanielslaw@dcn.org

Attorney for
John W. Ortiz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN W. ORTIZ,<br><br>　　　　Defendant. | )  NO. 2:15-cr-124 KJM<br>)  NO. 2:15-cr-209 GEB<br>)<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER MODIFYING CONDITIONS**<br>) **OF RELEASE AND DROPPING**<br>) **MATTER FROM CALENDAR**<br>)<br>)<br>) **Date:  June 17, 2016**<br>) **Time:  2:00 p.m.**<br>) **Judge  Hon. ALLISON CLAIRE**<br>)　　　**Duty Magistrate** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Assistant United States Attorney Christiaan Highsmith, counsel for Plaintiff, and Jeffrey L. Staniels, counsel for Defendant John W. Ortiz that the conditions of his pretrial release be modified to terminate condition No. 15 in Case Number 2:15-cr-209 GEB that he be subject to electronic monitoring and curfew.

　　　The court is advised that counsel for both parties conferred with each other and with the assigned Pretrial Services Officer and all are in agreement that this modification is appropriate at this time.  The court is further advised that the Pretrial Services Officer

1

confirmed to defense counsel, both orally and by email to both attorneys that Mr. Ortiz was doing very will in all the particulars represented to the court in the motion filed on Mr. Ortiz' behalf.

On that basis the court is requested to sign the proposed order granting the requested relief, and upon doing so, to drop this matter from this court's duty calendar for June 17, 2016.

**IT IS SO STIPULATED.**

DATE:  June 16, 2016          */s/Christiaan Highsmith*
                             AUSA Christiaan Highsmith
                             Counsel for Plaintiff


DATE: June 16, 2016           */s/ Jeffrey L. Staniels*
                             Jeffrey L. Staniels
                             Attorney for John W. Ortiz


**[PROPOSED] O R D E R**

**IT IS SO ORDERED.**

By the Court,

Date: June 17, 2016           _____
                             ALLISON CLAIRE
                             UNITED STATES MAGISTRATE JUDGE