```
1  JEFFREY L. STANIELS, SBN 91413
2  216 F Street, No. 98
   Davis, CA 95616
3  530-220-9770
   stanielslaw@dcn.org
4  Attorney for Defendant
   JOHN ORTIZ
5
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:15-cr-209 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER VACATING TCH AND TRIAL DATE AND SETTING STATUS CONFERENCE** |
| v. | |
| Joseph Latu, et. al. | Date: June 2, 2017 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Burrell |

Defendant John W. Ortiz seeks to vacate the trial confirmation hearing and trial date currently now set for June 2, 2017, and June 20, 2017, respectively, and set the matter for status conference on June 16, 2017. Mr. Ortiz has been sentenced to prison by Judge Mueller in a companion case 15-cr-00124 KJM. His plea agreement in that case called for Judge Mueller to consider the conduct in this case, which she did, and calls for the dismissal of this action.

IT IS THEREFORE STIPULATED between the United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff and Jeffrey

1

| | |
|---|---|
| 1 | Staniels, attorney for defendant John W. Ortiz, that the trial |
| 2 | confirmation date of June 2, 2017, and the trial date of June 20, |
| 3 | 2017, be vacated and the matter re-set for status conference on |
| 4 | June 16, 2017. |

Staniels, attorney for defendant John W. Ortiz, that the trial confirmation date of June 2, 2017, and the trial date of June 20, 2017, be vacated and the matter re-set for status conference on June 16, 2017.

The court is advised that counsel have conferred and it is the intention of the government to submit a proposed order dismissing this case before June 16, 2017, and after the time for appeal has expired, which is due to occur on June 13, 2017. Pursuant to terms of the plea agreement in the referenced companion case the defense has no intention to file an appeal in that case.

There is no need for an exclusion of time as time has been excluded to the previously set June 20, 2017, trial date.

**IT IS SO STIPULATED.**

                                          Respectfully submitted,

Dated: June 1, 2017          /s/ Justin Lee      .
                                       AUSA Justin Lee
                                       Counsel for Plaintiff

Dated: June 1, 2017          /s/*Jeffrey L. Staniels*
                                       Attorney for John W. Ortiz

/ / / /
/ / / /
/ / / /

**O R D E R**

The stipulation of the parties is hereby APPROVED. The currently set dates for trial confirmation on June 2, 2017, and for trial on June 20, 2017 are hereby VACATED. This matter is re-set for status hearing on June 16, 2017.

**IT IS SO ORDERED.**

Dated: June 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge